

# Fourth Court of Appeals
## San Antonio, Texas

June 7, 2019

No. 04-18-00524-CR

Braulio **TIRADO-MORALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6200
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

The State's brief in these companion cases was originally due to be filed on June 3, 2019. On May 31, 2019, the State filed a motion for extension of time to file its brief until July 18, 2019—an extension of forty-five (45) days. The State's motion is GRANTED. It is ORDERED that the State's brief is due no later than July 18, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of June, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court